**NOTICE:** This order was filed under Supreme Court Rule 23 and is not precedent except in the limited circumstances allowed under Rule 23(e)(1).

2023 IL App (3d) 200054-U

Order filed September 29, 2023

_____

IN THE

APPELLATE COURT OF ILLINOIS

THIRD DISTRICT

2023

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | Appeal from the Circuit Court of the 10th Judicial Circuit, Peoria County, Illinois, |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | Appeal No. 3-20-0054 Circuit No. 19-CF-209 |
| | ) | |
| JERMAINE LAWSON, | ) ) | Honorable Katherine S. Gorman, |
| Defendant-Appellant. | ) | Judge, Presiding. |

_____

JUSTICE ALBRECHT delivered the judgment of the court.
Justices Brennan concurred in the judgment.[1]
Justice McDade dissented.

_____

**ORDER**

¶ 1       *Held*:   (1) Defendant was proven guilty beyond a reasonable doubt of being an armed habitual criminal. (2) The State did not violate defendant's due process rights.

¶ 2       Defendant, Jermaine Lawson, appeals his conviction for being an armed habitual criminal,

arguing (1) the evidence was insufficient to prove him guilty beyond a reasonable doubt, and

_____

[1] Justices Albrecht and Brennan were administratively reassigned to this case on September 12, 2023, due to the retirement of previously assigned panel members.